**FILED**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA 2010 SEP 22 AM 10: 36

ORLANDO DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

DANIELLE S. TACORONTE

    Plaintiff,

Case No. 6:10-cv-1408-ORL-18-DAB

-v-

ZAKHEIM & ASSOCIATES, P.A.,
ZWICKER & ASSOCIATES, P.C.,
RUBIN & DEBSKI P.A.
FOCUS RECEIVABLES MANAGEMENT, LLC.

    Defendants

_____/

## COMPLAINT

Plaintiff, Danielle Tacoronte, individually hereby sues Defendants, ZWICKER & ASSOCIATES, P.C., ZAKHEIM & ASSOCIATES, P.A., RUBIN & DEBSKI P.A., FOCUS RECEIVABLES MANAGEMENT, LLC.

### PRELIMINARY STATEMENT

1. This is an action for damages brought for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*; for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 *et seq.*; and for damages for damages for violations of the Florida Consumer Collection Practices Act (FCCPA), Fla. Stat. §559(Part VI) *et seq..*

## JURISDICTION AND VENUE

2. The jurisdiction of ther Court is conferred by 15 U.S.C. §1681p, 15 U.S.C. §1692k and Fla. Stat. §559.77.

3. Venue is proper in ther Circuit pursuant to 28 U.S.C. §1391b and Fla. Stat. §559.77.

4. Ther is an action for damages which exceed $5000.00

5. Plaintiff, Danielle S. Tacoronte, is a natural person and is a resident of the State of Florida

6. Defendant, ZWICKER & ASSOCIATES P. C. is a foreign corporation, authorized to do business in Florida.

7. Defendant, ZAKHEIM & ASSOCIATES, P.A, is a Florida corporation and authorized to do business in Florida.

8. Defendant, RUBIN & DEBSKI P.A. is a Florida corporation licensed to do business in Florida.

9. Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC. is a foreign corporation, authorized to do business in Florida.

All conditions precedent to the bringing of ther action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

Defendants are in violation of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b by initiating credit report pulls with no permissible purpose from the credit bureaus therefore lowering Plaintiffs credit scores. There was no authorization by the Plaintiff for the Defendant to pull the credit reports.

Defendants are in violations of the Fair Debt Collections Practices Act (FDCPA) and the Florida Consumer Collections Practices Act (FCCPA), F. S. §559 (Part VI).

Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681b(f) provides:
"A person shall not use or obtain a consumer report for any purpose unless—
(1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under ther section; and

(2) the purpose is certified in accordance with section 1681e of ther title by a prospective user of the report through a general or specific certification.

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 BY DEFENDANTS

10. On March 10, 2010, ZWICKER & ASSOCIATES initiated a pull of Plaintiff's credit report from Experian without permissible purpose, thereby reducing her credit score. Plaintiff demands judgment in the amount of $1000.

11. On March 12, 2008, October 25, 2008 and June 25, 2008 ZAKHEIM & ASSOCIATES, P.A. initiated a pull of Plaintiff's credit report from Experian without permissible purpose, thereby reducing her credit score. Plaintiff demands judgment in the amount of $3000.

12. On June 22, 2009, May 26, 2009 and again on May 26, 2009, RUBIN & DEBSKI P.A. initiated a pull of Plaintiff's credit report from Experian without permissible purpose, thereby reducing her credit score. Plaintiff demands judgment in the amount of $3000.

**WHEREFORE,** Plaintiff demands judgment for damages against Plaintiffs for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION
## PRACTICES ACT (FDCPA), 15 U.S.C. §1692
## BY DEFENDANTS

13. Plaintiff is a consumer within the meaning of §1692a (3).

14. Defendants ZWICKER & ASSOCIATES P. C. violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. Plaintiff demands judgment in the amount of $1000.

15. Defendants ZAKHEIM & ASSOCIATES, P.A. violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. Plaintiff demands judgment in the amount of $1000.

16. Defendants RUBIN & DEBSKI P.A violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. Plaintiff demands judgment in the amount of $1000.

17. Defendants FOCUS RECEIVABLES MANAGEMENT, LLC violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. Plaintiff demands judgment in the amount of $1000.

**WHEREFORE,** Plaintiff demands judgment for damages against Plaintiffs for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

## COUNT III
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCA), §559(Part VI) BY DEFENDANTS

18. Paragraphs 1 through 17 are realleged as though fully set forth herein.

19. Plaintiff is a consumer within the meaning of §559.55(2).

20. Defendants ZAKHEIM & ASSOCIATES, P.A.violated §559.72(7) by willfully violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate. Plaintiff demands judgment in the amount of $1000.

21. Defendants RUBIN & DEBSKI P.A. violated §559.72(7) by willfully violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate. Plaintiff demands judgment in the amount of $1000.

22. Defendants ZWICKER & ASSOCIATES P. C. violated §559.72(7) by willfully violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate. Plaintiff demands judgment in the amount of $1000.

23. Defendants FOCUS RECEIVABLES MANAGEMENT, LLC violated §559.72(7) by willfully violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate. Plaintiff demands judgment in the amount of $1000.

**WHEREFORE,** Plaintiff demands judgment for damages against Plaintiffs for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted the 22nd of September, 2010

_Danielle Tacoronte_ (signature)

Danielle Tacoronte
2941 Tindall Acres
Kissimmee, FL 34744
407-401-2663
TBMissions@gmail.com