**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2010 NOV 30 PM 3: 53
ORLANDO DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

DANIELLE S. TACORONTE

    Plaintiff,                     Case No. 6:10-cv-1408-ORL-18-DAB

-v-

ZAKHEIM & ASSOCIATES, P.A.,
ZWICKER & ASSOCIATES, P.C.,
RUBIN & DEBSKI P.A.
FOCUS RECEIVABLES MANAGEMENT, LLC.

    Defendants

_____/

## PLAINTIFFS RESPONSE TO DEFENDANT'S FOCUS RECEIVABLES MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFFS COMPLAINT

    Plaintiff, Danielle Tacoronte, hereby responds to Defendant Focus Receivable's Management, LLC's (Focus) Motion to Dismiss Plaintiff's Complaint and states:

    1. Plaintiff hereby requests the Court under Federal Rule of Civil Procedure 15(a)(2) to allow the Plaintiff to amend the initial complaint.

    2. Pro se Plaintiff inadvertently failed to include the factual allegations in the initial complaint as to Defendant Focus.

    3. On or about December 10, 2009, Focus sent the Plaintiff a demand letter attempting to collect an alleged but nonexistent debt.

    4. On or about January 12, 2010, the Plaintiff sent a dispute letter that the Focus failed to answer.

5. Focus failed to identify itself as a debt collector attempting to collect an alleged debt as required by law.

**WHEREFORE,** Plaintiff requests that the Court deny Defendant Focus Receivable's Management, LLC's Motion to Dismiss Plaintiff's Complaint and allow Plaintiff to amend the initial complaint.

Respectfully Submitted,

Danielle Tacoronte
2941 Tindall Acres
Kissimmee, FL 34744
407-401-2663
TBMissions@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 30th day of November, 2010.

Danielle Tacoronte
2941 Tindall Acres
Kissimmee, FL 34744
407-401-2663
TBMissions@gmail.com