UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE S. TACORONTE,

Plaintiff,

-vs-                                                    Case No. 6:10-cv-1408-Orl-18DAB

ZAKHEIM & ASSOCIATES, P.A., ZWICKER
& ASSOCIATES, P.C., RUBIN & DEBSKI,
P.A., FOCUS RECEIVABLES
MANAGEMENT, LLC,

Defendants.
_____

## ORDER

This cause came on for consideration on the Court's own initiative. On November 30, 2010. the United States Magistrate Judge issued a report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Plaintiff's claims against the various defendants are **SEVERED** and Plaintiff is ordered to file a separate action against each defendant, with this action continuing only as to the first named defendant.

It is **SO ORDERED** in Orlando, Florida, this ____ day of December, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

**Danielle S. Tacoronte**
**2941 Tondall Acres**
**Kissimmee, Fl 34744**

**Counsel of Record**