UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE S. TACORONTE,

    Plaintiff,

v.                                       Case No. 6:10-cv-1408-Orl-18DAB

ZAKHEIM & ASSOCIATES, P.A., ZWICKER
& ASSOCIATES, P.C., RUBIN & DEBSKI,
P.A., FOCUS RECEIVABLES
MANAGEMENT, LLC,

    Defendants.

_____

## ORDER

This case is before the court upon periodic review. The complaint in this action was filed on **September 22, 2010**. Plaintiff has failed to effect proper service on the remaining defendant, ZAKHEIM & ASSOCIATES, P.A., within the 120 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court. Therefore, it is

**ORDERED** that plaintiff show cause within **fifteen** days from the date of this order why the complaint against the above named defendant should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) M.D.Fla.

**SO ORDERED** at Orlando, Florida, this _____ day of January, 2011.

                                                          G. KENDALL SHARP
                                                          Senior United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party